# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 974.42 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 4,882.27 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 5,233.17 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 5,813.42 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 16,416.45 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 51,335.44 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 59,059.33 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 65,126.17 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 70,937.62 |
| Akorn Operating Company, LLC | Cencora, Inc. f/k/a/ Amerisource Bergen Drug Corporation | 12/23/2022 | Wire | 3,293.86 |
| | | | | $ 283,072.15 |